IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROLANDIS CHATMON,
ADC #140078                                                                                           PLAINTIFF

V.                              CASE NO. 5:19-CV-365-JM-BD

DEXTER PAYNE, *et al*.                                                                        DEFENDANTS

# ORDER

The Court has received Recommendation for dismissal from Magistrate Judge Beth Deere and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Recommendations in their entirety as its findings in all respects.

Defendants' motion for partial dismissal (docket entry #6) is GRANTED. Mr. Chatmon's motion to amend (#19) is DENIED, and the Defendants' motion to dismiss Mr. Chatmon's amended complaint (#24) is DENIED, as moot. Mr. Chatmon's motion to amend (#35) is DENIED.

Mr. Chatmon's claims against Defendants Carroll, Gibson, Shipman, Payne, Jackson, and Thompson are DISMISSED, without prejudice. His failure-to-protect claim against Defendant Lloyd are also DISMISSED, without prejudice. Mr. Chatmon's claims for money damages against Defendants Swopes, Lloyd, and Brown in their official capacities are DISMISSED, with prejudice. Mr. Chatmon's claims against Defendant Burton are DISMISSED, without prejudice, based on his failure to timely serve this Defendant.

The Clerk is instructed to terminate Defendants Payne, Carroll, Gibson, Shipman, Jackson, Thompson, Burton as party Defendants.

IT IS SO ORDERED, this 16th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE