IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROLANDIS CHATMON,
ADC #140078                                                                                          PLAINTIFF

V.                              CASE NO. 5:19-CV-365-JM-BD

DEXTER PAYNE, *et al*.                                                                       DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge Beth Deere to deny Mr. Chatmon's request for preliminary injunctive relief. Mr. Chatmon has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Chatmon's motion for preliminary injunctive relief (Doc. No. 48) is DENIED.

IT IS SO ORDERED, this 17th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE