## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROLANDIS CHATMON,**
**ADC #140078**                                                              **PLAINTIFF**

**V.**                              **CASE NO. 5:19-CV-365-JM-BD**

**DEXTER PAYNE,** *et al.*                                                   **DEFENDANTS**

## <u>ORDER</u>

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. After careful review of those Findings and Recommendations, the timely objections received, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The video recording of the August 22, 2019 incident shows that Plaintiff did not comply, or state that he would comply, with the Defendants' orders. Defendants warned Plaintiff that failure to comply with their orders would result in deployment of a chemical agent. The video recording shows no evidence that the Defendants acted "sadistically," engaged in "extreme or excessive cruelty," or "delighted in cruelty."

The Defendants' motion for summary judgment (Doc. No. 69) is GRANTED. Mr. Chatmon's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 27th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE