IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROLANDIS CHATMON,
ADC #140078                                                                                           PLAINTIFF

V.                         CASE NO. 5:19-CV-365-JM-BD

DEXTER PAYNE, *et al.*                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 27th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE